IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:05CR3120 |
| v. | ) ) | |
| SUNSHINE SHEREE MASON-RAMIREZ, | ) ) ) | REASSIGNMENT ORDER |
| Defendant. | ) ) ) | |

IT IS ORDERED that, in the interest of judicial economy, this case is reassigned from District Judge Richard G. Kopf to District Judge Joseph F. Bataillon for disposition and is reassigned from Magistrate Judge David L. Piester to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 6th day of December, 2005.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
UNITED STATES DISTRICT JUDGE