IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:05CR3120 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SUNSHINE SHEREE MASON-RAMIREZ | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Sunshine Sheree Marson-Ramirez appeared before the court on January 5, 2006 on a Petition for Summons for Offender Under Supervision [4].  The defendant was represented by assistant Federal Public Defender Shannon O'Connor and the United States was represented by Assistant U.S. Attorney Jennie Dugan-Hinrichs.  The defendant admits allegation 5.  The government withdrew allegations 1 through 4, 6 and 7.

IT IS ORDERED:

1.    A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 10:30 a.m., on March 31, 2006.**  Defendant must be present in person.

2.  Defendant is remanded to the custody of the United States Marshal.

Dated this 6th day of January, 2006.

BY THE COURT:


 s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge